1  MARI T. SAIGAL (State Bar No. 318556)
   Mari.Saigal@mto.com
2  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
3  Fiftieth Floor
   Los Angeles, California 90071-3426
4  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
5
   Attorneys for Motion Picture Association, Inc.
6

7

8              UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11 | In Re 17 U.S.C. § 512(h) Subpoena to | Case Number: 2:20-mc-00279 |
   |---|---|
   | TONIC DOMAINS CORPORATION | **REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:
2    PLEASE TAKE NOTICE THAT the Motion Picture Association, Inc.
3  through undersigned counsel and its authorized representatives, hereby requests that
4  the Clerk of this Court, pursuant to the Digital Millennium Copyright Act
5  ("DMCA"), 17 U.S.C. § 512(h), issue the attached proposed subpoena to Tonic
6  Domains Corporation to identify alleged infringers, as set forth in the attached
7  notice and declaration of Jan van Voorn.

9  DATED:  November 4, 2020         MUNGER, TOLLES & OLSON LLP

11                                   By:  */s/ Mari T. Saigal*
12                                        MARI T. SAIGAL
                                     Attorney for Plaintiffs